■ In the Matter of the Accounting of H. HAROLD GUMM, as Executor and Trustee under the Will of HARRY VON TILZER, Deceased, Appellant. LEON ENGELSBERG, General Guardian of STANLEY M. VON TILZER and Another, Infants, Respondent.— Order unanimously affirmed, with $20 costs and disbursements, the costs against appellant to be charged against his share of estate. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.